KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
 c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**Re**: UNDISTRIBUTED FUNDS - 3011

**Case No.**: LA23-11679-NB

**Debtor(s)**: Arizona Wilson
7270 Hillside Avenue Unit 203
Los Angeles, CA 90046

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT | CHECK NUMBER |
|---|---|---|
| Arizona Wilson | $5,550.00 | 1295384 |

7270 Hillside Avenue Unit 203
Los Angeles, CA 90046

DATED: April 12, 2024

*Kathy A. Dockery*

Kathy A. Dockery
Chapter 13 Trustee

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chapter 13 Trustee | | | | | | Check No.: | 1295384 |
| KATHY A. DOCKERY | | | | | | Check Date: | Apr 12, 2024 |
| 801 S. FIGUEROA ST., SUITE 1850 | | | | | | Check Amt: | 5,550.00 |
| LOS ANGELES, CA 90017 | | | | | | | |
| (213)996-4400 | | | | | | | |

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 2311679 | N/A<br>Claim #: 00000 | Arizona Wilson | XXX-XX-9796 | $0.00 | $0.00 | $5,550.00 | $5,550.00 |
| | | | **TOTALS** | 0.00 | 0.00 | 5,550.00 | 5,550.00 |